Michelle R. Finch
Gravis Law, PLLC
1830 3rd Avenue East, Suite 302
Kalispell, MT  59901
Telephone:  (406) 451-7248
Facsimile:   (866) 419-9269
mfinch@gravislaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| ADVANCED PAIN MEDICAL GROUP, INC.; J & J REAL PROPERTIES – STEVENSVILLE LLC, A MONTANA LIMITED LIABILITY COMPANY ("J&J") (COLLECTIVELY, "PLAINTIFFS"),<br><br>Plaintiff,<br><br>vs.<br><br>EMMITT BLAINE BUCHANAN, STANELY "CADE" BUCHANAN AND MAYSEN BUCHANAN,<br><br>Defendant. | Cause No. CV-24-141-BLG-TJC<br><br>**COMPLAINT** |

1. Plaintiffs Advanced Pain Medical Group, Inc., a California corporation ("APM") and J & J Real Properties – Stevensville LLC, a Montana limited liability company ("J&J") (collectively, "Plaintiffs"), hereby complain and allege against Defendants Emmitt Blaine Buchanan, Stanely "Cade" Buchanan and Maysen Buchanan (collectively, "Defendants") and each of them, as follows:

2. APM is, and at all relevant times mentioned herein was, a California corporation, with its principal place of business located at 7230 Medical Center Drive, Suite 500, West Hills, California 91307, in the County of Los Angeles, State of California.

3. J&J is, and at all relevant times mentioned herein was, a Montana limited liability company, with its principal place of business located at 7230 Medical Center Drive, Suite 500, West Hills, California 91307, in the County of Los Angeles, State of California.

4. Plaintiffs are informed and believe, and thereon allege, that Defendants are residents of Yellowstone and/or Carbon County of Carbon, State of Montana.

5. Plaintiffs are informed and believe, and thereon allege, that each Defendant, was and is the agent, associate or representative of each other Defendant, and all of the things alleged to have been done by the Defendants were done with the knowledge, consent or in concert with the other Defendants.

6. Jurisdiction of this court is invoked pursuant to 28 U. S. C. §§ 1332(a). The Plaintiff APM and Defendants are citizens of different states. Plaintiffs are citizens of the State of California. Defendants are Montana residents. The actions alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Montana. The amount in controversy in this action exclusive of interests and costs exceeds the minimum amount specified in 28 U.S.C.A. § 1332.

7. J&J is the owner of a ranch in Montana located at 8601 Highway 212, Roberts, Montana (the "Ranch").

8. In October 2021, the Parents were engaged to work as Ranch managers to maintain and care for the Ranch and the livestock living on the Ranch, to be compensated in the total amount of $225,000.00, annually.

9. On or about June 15, 2023, the Parents' employment as co-managers of the Ranch was terminated.

10. During Parents' employment at the Ranch, J&J and APM purchased various equipment and items, including but not limited to saddlery, equestrian equipment, tools, skid steer and tractor accessories, computer and electronic equipment, and veterinary supplies and equipment to be stored on and used in Ranch operations (collectively, the "Equipment").

11. The Defendants, Parents' children, had regular and routine access to the Ranch and Equipment.

12. After the Parents were terminated on or about June 15, 2023, Plaintiffs discovered that the Defendants had taken the Equipment without authorization.

**FIRST CAUSE OF ACTION**
**Conversion**

13. Plaintiffs repeat and re-allege the allegations set forth above and incorporate the same as though fully set forth herein.

14. Plaintiffs have a clear legal right to ownership and/or control of the Equipment.

15. The defendants have wrongfully exercised dominion and/or control over the aforementioned Equipment, converted such property for their own use and thereby deprived Plaintiff temporarily or permanently of its rightful possession of such property.

16. As a direct and proximate result of the Defendants' wrongful actions, Plaintiffs have been damaged in an amount to be determined according to proof at trial. The Defendants' wrongful actions were a substantial factor in causing this harm.

17. Also, as a further direct and proximate result of the Defendants' actions, Plaintiffs have been required to retain the services of an attorney, and thus, is entitled to an award of reasonable attorneys' fees.

## SECOND CAUSE OF ACTION
### Trespass to Chattels

18. Plaintiffs repeat and re-allege the allegations set forth above and incorporates the same as though fully set forth herein.

19. Plaintiffs purchased the Equipment for the Ranch and is the rightful owner of, and has a right of possession to, that Equipment. Plaintiffs have a right of possession to the same.

20. The Defendants intentionally and wrongfully interfered with Plaintiffs use and possession of the Equipment.

21. The Defendants have acted in a willful, malicious, oppressive, outrageous and intentional manner, warranting the imposition of punitive damages according to proof at trial.

22. As a direct and proximate result of the Defendants' wrongful actions, Plaintiffs have been damaged in an amount to be determined according to proof at trial. The Defendants' wrongful actions were a substantial factor in causing this harm.

23. Also, as a further direct and proximate result of the Defendants' actions, Plaintiffs have been required to retain the services of an attorney, and thus, is entitled to an award of reasonable attorneys' fees and costs.

## PRAYER FOR RELIEF

WHEREFORE, based on the foregoing, Plaintiffs pray for relief as follows:

For judgment against Defendants for actual and compensatory damages in an amount according to proof at trial;

    a) For actual, consequential, and incidental damages, according to proof at trial;

    b) For punitive and exemplary damages, according to proof at trial;

    c) For prejudgment interest at the statutory rate;

    d) For reasonable attorneys' fees and costs as recoverable under Montana law; and

    e) For such other and further relief as the Court may deem just and equitable.

**COMPLAINT**                                                                         Page 4

DATED: August 29, 2024.

                        GRAVIS LAW, PLLC

                        */s/ Michelle R. Finch*
            By: _____
                Michelle R. Finch
                Attorneys for Plaintiff