IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ADVANCED PAIN MEDICAL GROUP, INC., and J & J REAL PROPERTIES – STEVENSVILLE LLC, a Montana limited liability company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EMMITT BLAINE BUCHANAN, STANELY "CADE" BUCHANAN and MAYSEN BUCHANAN,<br><br>　　　　　Defendants. | CV 24-141-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 25), and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 28th day of August, 2025.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1